IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES ERNEST ROOD, JR.,
    Plaintiff,

vs.                             Case No. 3:11cv601/RV/CJK

ALFRED PAT BRADLEY, IV, et al.,
    Defendants.
_____

O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 12, 2013. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The notice of voluntary dismissal (doc. 12) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

3.     The clerk is directed to close the file.

DONE AND ORDERED this 18th day of April, 2013.

                                        */s/ Roger Vinson*
                                        ROGER VINSON
                                        SENIOR UNITED STATES DISTRICT JUDGE